849 A.2d 565

IN THE MATTER OF CORNELIUS W. DANIEL,
III, AN ATTORNEY AT LAW.

June 4, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–238, concluding that **CORNELIUS W. DANIEL, III,** of **POINT PLEASANT,** who was admitted to the bar of this State in 1969, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to explain matter to extent reasonably necessary to permit client to make informed decision), and *RPC* 8.4(c) (misrepresentation);

And respondent having been ordered to show cause before this Court why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **CORNELIUS W. DANIEL, III**, is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.